UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02296-MJW

ORIE THOMPSON,

    Plaintiff,

v.

ABBVIE, INC. and
ABBOTT LABORATORIES, INC.

    Defendants.

---

**ORDER RE: MOTION FOR LEAVE TO WITHDRAW AS
ATTORNEY OF RECORD FOR PLAINTIFF ORIE THOMPSON (Docket No. 10)**

---

This matter is before the Court on Plaintiff's counsel's Motion for Leave to Withdraw as Attorney of Record for Plaintiff Orie Thompson. After considering Plaintiff's counsel's motion, the Court orders as follows:

The Court finds that the requirements of D.C.COLO.LAttyR Rule 5(b) and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The law firm Burg Simpson Eldredge Hersh & Jardine, P.C., via movant Seth A. Katz, Esq., is terminated as Plaintiff's counsel in this matter. As of the date of this Order, attorney Seth A. Katz, Esq. and the law firm Burg Simpson Eldredge Hersh & Jardine, P.C. shall be removed from all further ECF notifications.

It is thus hereby ORDERED that Plaintiff's Motion for Leave to Withdraw as Attorney of Record for Plaintiff Orie Thompson (Docket No. 10) is **GRANTED**. (*)

Dated: September 22, 2014     _/s/ Michael J. Watanabe_
                                          United States Magistrate Judge

(*) Further ORDERED that Plaintiff Orie Thompson shall either Retain new Legal Counsel Forthwith or be prepared to proceed Pro Se on All Future motions, Hearings and Trial.